NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

10-672

STATE OF LOUISIANA

VERSUS

DEBBIE W. DRAPER

**********

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. CR-1157-05
HONORABLE MARTHA ANN O'NEAL

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and James T. Genovese, Judges.

**APPEAL DISMISSED. DEFENDANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

Hon. David W. Burton
District Attorney - 36th JDC
P.O. Box 99
DeRidder, LA 70634
COUNSEL FOR APPELLEE:
      State of Louisiana

Debbie W. Draper, Pro Se
Avoyelles Simmsport Corr. Ctr.
P.O. Box 819
Simmsport, LA 71369

**Pickett, Judge.**

The Defendant's probation was revoked on March 25, 2010, and she was ordered to serve the original sentence of three years at hard labor. On April 12, 2010, the Defendant filed a Motion and Order for Appeal seeking review of her probation revocation. The motion was granted on April 28, 2010.

An appeal was lodged with this court on June 4, 2010. On June 14, 2010, this court issued a rule to show cause why the appeal in this case should not be dismissed, as the judgment at issue is not appealable. The Defendant responded to the rule to show cause, but failed to state why her appeal should not be dismissed.

We find that the judgment at issue herein is not appealable pursuant to La.Code Crim.P. arts. 912 and 912.1. Therefore, the appeal in the above-captioned case is hereby dismissed. The Defendant is hereby permitted to file a proper application for supervisory writs, in compliance with Uniform Rules—Courts of Appeal, Rule 4-3, within thirty days from the date of this decision. The Defendant is not required to file a notice of intent to seek writs or obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3, as we hereby construe the motion for appeal as a notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION**.